[No. 47048-5-I.   Division One.   June 11, 2001.]

*In the Matter of the Marriage of* ROBERT STEPHEN GILL, *Appellant*, and KATHLEEN ANN GILL, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-3-01931-7, Thomas J. Wynne, J., entered July 3, 2000. *Affirmed* by unpublished opinion per Agid, C.J., concurred in by Grosse and Kennedy, JJ.

[No. 41586-7-I.   Division One.   July 9, 2001.]

PHILIP MORGAN, *Appellant*, v. MICROSOFT CORPORATION, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 96-2-09790-0, Carol A. Schapira, J., entered August 13, 1996 and August 21, 1997. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Agid, C.J., and Webster, J.

[No. 45523-1-I.   Division One.   July 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD LOREN GRABNER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-02087-8, David F. Hulbert, J., entered October 20, 1999. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker, A.C.J., and Coleman, J.